# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| CALVIN A. BEAVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:13-CV-2505-JAR |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of plaintiff's motion for leave to commence this action without payment of the required filing fee [Doc. #2]. *See* 28 U.S.C. § 1915(a).

Plaintiff has submitted a partially-completed financial affidavit CJA Form 23 [Doc. #3] in support of his application for in forma pauperis status. Plaintiff has failed to state (1) whether, if married, his spouse is employed and what she earns per month; (2) the source of the $10,000 in "other income" that plaintiff states he received in the past twelve months; (3) if he has any cash on hand or money in a savings or checking account, and if he does, the total amount; (4) if he owns any property, and if he does, the value and description of the property; (5) whether or not he has any dependents; and (6) information regarding his current debts and

monthly bills. As such, the Court is unable to determine, at this time, if plaintiff is financially unable to pay any portion of the filing fee. *See* 28 U.S.C. § 1915(a), Local Rule 2.05(A).

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff shall have thirty (30) days from the date of this Order to pay the statutory filing fee of $400.00, or to submit a fully completed CJA Form 23 (financial affidavit).

**IT IS FURTHER ORDERED** that if plaintiff fails to pay the filing fee or to submit a fully-completed CJA Form 23 within thirty days, the case shall be dismissed, without prejudice and without further notice to him.

Dated this 22nd day of January, 2014.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE