# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| CALVIN A. BEAVER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:13-CV-2505-JAR |
| CAROLYN W. COLVIN, | ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's response to the January 22, 2014 Memorandum and Order, instructing him to file a completed CJA Form 23 in support of his application for *in forma pauperis* status [Doc. #4]. The Court specifically noted, *inter alia*, that plaintiff had failed to state if he has any cash on hand or money in a savings or checking account, and if he does, the total amount. In his response to this Court's Order, plaintiff again has failed to provide this information.

As such, plaintiff has not complied with the Court's January 22 Order, and the Court is unable to determine if he is financially unable to pay any portion of the filing fee. *See* 28 U.S.C. § 1915(a), Local Rule 2.05(A). Rather than dismiss this action, the Court will give plaintiff one last opportunity to comply with its January

22 Order. Plaintiff must state whether he has any cash on hand or money in a savings or checking account, and if he does, he must state the total amount.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff shall have fifteen (15) days from the date of this Order to pay the statutory filing fee of $400.00, or to submit a fully completed CJA Form 23 (financial affidavit).

**IT IS FURTHER ORDERED** that plaintiff's original motion for leave to proceed in forma pauperis [Doc. #2] is **DENIED as moot**.[1]

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the case shall be dismissed, without prejudice and without further notice.

Dated this 19th day of February, 2014.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed a second motion for leave to proceed in forma pauperis on February 13, 2014 [Doc. #7].